# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 22, 2023

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333  Constitution Avenue, NW
Washington, DC  20001

      Re:  Daniel Villa
           v. Commissioner of Internal Revenue
           No. 22M106
           (Your No. 23-1087, 23-1088)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion for leave to file a petition for a writ of certiorari under seal is denied.

Sincerely,

Scott S. Harris, Clerk